IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| HEATHER M. HANEY, as Personal Representative of the Estate of DEAN HASLER, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BRENTAGE NORTH AMERICA, INC., et al.,<br><br>Defendants. | CV-19-40-GF-BMM<br><br>**ORDER** |

Upon Notice of Withdrawal of Motion to Dismiss, (Doc. 54), **IT IS HEREBY ORDERED** that Defendant, Whittaker, Clark & Daniels, Inc.'s Motion to Dismiss, Doc. 22 is hereby **WITHDRAWN. IT IS ALSO ORDERED** that Defendant, Whittaker, Clark & Daniels, Inc. will file a Motion of Objection to Plaintiff's Notice of Voluntary Dismissal, (Doc. 43), pursuant to Local Rule 7.1(c), on or before **July 12, 2019.**

DATED this 9th day of July, 2019.

_____
Brian Morris
United States District Court Judge