IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| HEATHER M. HANEY, as Personal Representative of the Estate of DEAN HASLER, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BRENTAGE NORTH AMERICA, INC., et al.,<br><br>Defendants. | CV-19-40-GF-BMM<br><br>**ORDER** |

Upon Defendant Whittaker, Clark & Daniels Inc.'s ("WCD") Unopposed Motion of Objection to Plaintiff's Notice of Voluntary Dismissal (Doc. 56), IT IS HEREBY ORDERED that WCD's Motion is GRANTED and WCD is not dismissed from the above-captioned matter. IT IS ALSO ORDERED that Plaintiff will file an amended Notice of Voluntary Dismissal, removing WCD from the Notice of Dismissal.

DATED this 10th day of July, 2019.

Brian Morris
United States District Court Judge