IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| HEATHER M. HANEY, as Personal Representative of the Estate of DEAN HASLER, Deceased,<br><br>        Plaintiff,<br><br>  v.<br><br>CYPRUS MINES CORPORATION, et. al.<br>        Defendants. | Cause No. CV-19-40-GF-BMM<br><br>ORDER OF DISMISSAL<br>Honeywell International, Inc. f/k/a Allied-Signal, Inc. |

Upon stipulation of the parties, it is hereby ordered that Defendant Honeywell International, Inc., f/k/a Allied-Signal, Inc., is dismissed with prejudice.

Dated this 21st day of January, 2021.

*/s/ Brian Morris*

_____
Brian Morris, Chief District Judge
United States District Court